UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:22-CR-24 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| JOSHUA CHAPMAN | ) | Magistrate Judge Susan K. Lee |

## O R D E R

U.S. Magistrate Judge Susan K. Lee filed a report and recommendation (Doc. 80) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count Four of the seven-count Superseding Indictment; (2) accept Defendant's guilty plea to Count Four of the seven-count Superseding Indictment; (3) adjudicate Defendant guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 80) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count Four of the seven-count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Four of the seven-count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and

4.  Defendant **SHALL REMAIN** in custody until further Order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **July 24, 2024, at 2:00 p.m**.

5.  The Court will **DEFER** acceptance or rejection of the Plea Agreement until the date set for sentencing.

    **SO ORDERED.**

    **ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**